MDV2612 PM 1:02 USB

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

In re: Abraham B. Ryan Involuntary Chapter 7 Case # 12-18527 jnf

## MOTION FOR RECONSIDERATION

Now comes Helen Cameron, the herein "Petitioner", and moves this Honorable Court for Reconsideration of judgment, order, or decree allowing Motion for Relief from Stay In Rem filed by One West Bank, FSB, by its attorney, Richard Mulligan. Said judgment, order, or decree was entered on November 13, 2012, docket #

Background and reasons in support of this motion(s) for Reconsideration:

1. Initial Involuntary Petition herein was filed in this Court on October 23, 2012 and initial Summons was issued by the Clerk. On October 24, 2012, the Petitioner made necessary corrections to the Involuntary Petition.

2. On October 24, 2012, One West Bank, FSB, by its attorney, Richard Mulligan filed a Motion for Relief From Stay In Rem with Objections due by November 7, 2012 (see Docket # 7).

3. One West had not been matrix listed as a creditor in the Involuntary chapter 7 case and therefore was not subject to the automatic stay, if any.

4. On November 6, 2012, the Petitioner filed her timely objection to the allowance of Motion for Relief From Stay filed by One West Bank, FSB pursuant to MLBR 4001-1(4)(c)and Demand for Jury Trial under MBLR 9015-1(b) on the grounds of lack of personal jurisdiction, as Summons was yet to be served on the Debtor, was not received by the Debtor, and/or service was not returned to this Court, and/or service was not mailed within the United States to Debtor within 14 days of issuance (see Docket # 19). In addition, the time for service had not expired.

5. On November 7, the Petitioner requested a new Summons to reflect the corrections referenced in item 1 above.

6. On November 13, 2012, a hearing was held on said Motion for Relief From Stay In Rem. Also on November 13, 2012, at the time of the hearing, the initial Summons and Petition had yet to be served or were not properly served on the Debtor, were not received by the Debtor, and return of service of Summons had not been filed in this Court. However, the Court conducted a hearing in the Debtor's absence, granted the Motion for Relief From Stay In Rem filed by One West Bank, FSB, by its attorney,

Richard Mulligan, denied the Petitioner's proper request for a new Summons, and arbitrarily dismissed the Petitioner's Involuntary Petition (See Docket # 26).

7. The judgment, order, or decree allowing the Motion For Relief From Stay In Rem is illegal. A Debtor is entitled to Constitutional Due Process and proper notice of and opportunity to be heard on any legal action brought against him/her. In the case at hand, this Court lacked jurisdiction of person necessary to allow said Motion for Relief from Stay and issue an Order, decree, or judgment granting such Relief before the Debtor was served with Summons and opportunity to appear.

Wherefore, the Petitioner requests this Court: 1) Reconsider and vacate its order, judgment, or decree allowing the Motion for Relief From Stay In Rem filed by One West Bank, FSB by its attorney Richard Mulligan, 2) Order the Clerk to re-issue the requested Summons to this Petitioner to be served within the allowed 120 days from date Petition was filed, 3) reinstate the Involuntary Chapter 7 Petition for reasons so stated herein and, 4) any other relief the Court deems just and proper in accordance with the law.

Respectfully submitted,
Helen Cameron, Unrepresented by Counsel
POB 260672
Boston, MA 02126
November 26, 2012

CERTIFICATE OF SERVICE:

On 11/26/12, a copy of the above motion(s) by first class U. S. mail, adequate postage prepaid, was served as follows: Department of Justice - %
1. Joseph Fitzgerald, U.S. Trustee – 5 P.O. Square – Ste. 1000 – Boston, MA 02109

Signed: Helen Cameron
POB 260672
Boston, MA 02126
11/26/2012

Page 2 - case # 12-18527 JNF
Motion For Reconsideration

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Abraham B. Ryan **Case Number:** 12-18527 **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#20 Motion of Petitioning Creditor Helen Cameron for Issuance of Another Summons (FRBP Rule 7044(e) AND Motion for Additional Time to Serve Summons (FRCiv.P Rule 4(1) Re: [3] Involuntary Summons Issued on Abraham B. Ryan Re: [1] Chapter 7 Involuntary Petition (Pro Se)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____________________For:_____________________

_____Formal order/stipulation to be submitted by:_______________Date due:___________

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_______________From_______________

Response(s) due_______________From_______________

_____Fees allowed in the amount of: $_______________Expenses of: $_______________

_____No appearance/response by:_____________________

#20 DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons set forth on the record, the motion is denied. The involuntary case is hereby dismissed. The Court notes that the petitioning creditor did not appear at today's scheduled hearing.

IT IS SO NOTED:

_____________________
Courtroom Deputy

IT IS SO ORDERED:

[signature] Dated: 11/13/2012

Joan N. Feeney, U.S. Bankruptcy Judge